## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

G&G CLOSED CIRCUIT EVENTS, LLC,

      Plaintiff,

v.                                       No. CV 20-937 KRS/CG

KAM BLUE MOON BAR, LLC, et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that the parties shall file a Joint Status Report updating the Court on the

status of service of the summons and complaint on Defendants Kam Blue Moon Bar,

LLC, Blue Moon Bar, LLC, Charlie Perez, and Kate Adelia Theisen, by no later than

**March 8, 2021**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE