IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiffs,

v.                                                                                                 CV No. 20-937 KRS/CG

KAM BLUE MOON BAR, LLC, et al.,

    Defendants.

## ORDER DISMISSING DEFENDANT KATE ADELIA THEISEN WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Dismiss Defendant Kate Adelia Theisen with Prejudice* (the "Motion"), (Doc. 10), filed March 11, 2021. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all of Plaintiffs' causes of action against Defendant Kate Adelia Theisen, now known as Kate Schoepfle, are dismissed with prejudice, with each party bearing their own costs and fees.

**IT IS SO ORDERED**.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE