## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

v.	No. CV 20-937 KWR/CG

KAM BLUE MOON BAR, LLC, et al.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Notice of Settlement*, (Doc. 30), filed August 16, 2021, informing the Court that the parties have "resolved their dispute." **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **September 17, 2021**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE