IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

v.                                                                                                                 No. CV 20-937 KWR/CG

KAM BLUE MOON BAR, LLC, et al.,

    Defendants.

### ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline for Submitting Closing Documents*, (the "Motion"), (Doc. 32), filed September 17, 2021. In the Motion, the parties request an extension to September 30, 2021, to submit closing documents. *Id.* at 1. The parties state that "it has taken the parties longer than anticipated to finalize those closing documents, and the parties will be unable to submit the closing documents to the Court by September 17, 2021." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **September 30, 2021**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE