# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

v.                                                                    No. CV 20-937 KWR/CG

KAM BLUE MOON BAR, LLC, et al.,

    Defendants.

## SECOND ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' second *Joint Motion to Extend Deadline for Submitting Closing Documents*, (the "Motion"), (Doc. 34), filed September 30, 2021. In the Motion, the parties request an extension to October 15, 2021, to submit closing documents. *Id.* at 2. The parties explain that "Defendant and counsel [have] signed the release[,]" but that Plaintiff "cannot get the executed document returned" by the deadline for closing documents. *Id.* at 1. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **October 15, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE